SO ORDERED.

Dated: September 7, 2022

*Daniel P. Collins* (signature)

**Daniel P. Collins, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>TRISTAR LOGGING, INC.,<br><br>            Reorganized Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:20-bk-01565-DPC<br><br>**ORDER GRANTING MOTION FOR ENTRY OF A FINAL DECREE AND CLOSING THE REORGANIZED DEBTOR'S BANKRUPTCY CASE** |

This matter came before the Court pursuant to the Reorganized Debtor TriStar Logging, Inc.'s ("TriStar" or "Reorganized Debtor") *Motion For Entry of a Final Decree and Order to Close the Reorganized Debtor's Bankruptcy Case*, filed on June 30, 2022 at docket entry ("DE") no. 371 ("Motion"). Notice of the Motion was properly served on the parties entitled to Notice. *See* DE 372 ("Notice"). TriStar filed a *Supplement* to the Motion [DE 374] ("Supplement") clarifying the effective date of the case's closure and entry of final decree. An objection [DE 375] to the Motion was filed, but has since been resolved and withdrawn pursuant to the Stipulation and Order resolving it [DE 378 and 379]. There being no other objections or reason for delay, and based on the foregoing and the contents of the Motion and for good cause therefor appearing;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED,** modified only by the Supplement.

1     **IT IS FURTHER ORDERED** that a final decree is hereby entered and the above-
2 captioned case is closed effective as of the date of the entry of this Order.

3                                           **DATED AND SIGNED ABOVE.**